No. 96–7049.　FLORIO *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7050.　GARCIA *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7051.　GISEBURT *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7052.　HILTUNEN *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7060.　DESPAIN *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7067.　KELLY *v.* TEXAS.　Ct. Crim. App. Tex.　Certiorari denied.

No. 96–7074.　SPARKS *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7103.　MONROE, AKA GRAY *v.* UNITED STATES.　C. A. 8th Cir.　Certiorari denied.

No. 96–7106.　FITZGERALD *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7195.　WILLIAMS *v.* MISSISSIPPI.　Sup. Ct. Miss.　Certiorari denied.

No. 96–7281.　SMITH *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7330.　DAWS *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7369.　MAY *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7423.　REEVES *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7504.　LAFEVER *v.* NEVADA.　Sup. Ct. Nev.　Certiorari denied.

No. 96–7506.　MADANAT *v.* ALPHA THERAPEUTIC CORP. ET AL. C. A. 3d Cir.　Certiorari denied.